I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _6-19-12_

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRITTNEY MITCHELL,                ) Case No. CV 10-9377-VBF (JPR)
                                  )
                Plaintiff,        )
                                  )
         vs.                      ) ORDER ACCEPTING FINDINGS AND
                                  ) RECOMMENDATIONS OF U.S.
                                  ) MAGISTRATE JUDGE
LAPD OFFICER HECTOR CHAIREZ       )
et al.,                           )
                                  )
                Defendants.       )
                                  )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED and Judgment be entered dismissing this action with prejudice.

DATED: _6/18/12_         _____
                         VALERIE BAKER FAIRBANK
                         U.S. DISTRICT JUDGE

1