I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.19.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MITCHELL,<br><br>     Plaintiff,<br><br>vs.<br><br>LAPD OFFICER HECTOR CHAIREZ et al.,<br><br>     Defendants. | Case No. CV 10-9377-VBF (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  6/18/12

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY