I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.19.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRITTNEY MITCHELL,               ) Case No. CV 10-9377-VBF (JPR)
                                 )
          Plaintiff,             )
                                 )     J U D G M E N T
     vs.                         )
                                 )
LAPD OFFICER HECTOR CHAIREZ      )
et al.,                          )
                                 )
          Defendants.            )
                                 )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/18/12

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY